

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00403-CV

Lydia **MARTINEZ**,
Appellant

v.

**33 REAL CONSTRUCTION LLC**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2024CVD000002L2
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: August 21, 2024

DISMISSED FOR WANT OF PROSECUTION

On June 14, 2024, Appellant Lydia Martinez filed a notice of appeal. When appellant filed the notice of appeal, she was required to pay a $205.00 filing fee. *See* TEX. R. APP. P. 5. However, appellant did not pay the filing fee, and we notified appellant in writing the notice of appeal had been conditionally filed because the $205.00 filing fee had not been paid. We instructed appellant to pay the fee by July 8, 2024 and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. The fee was not paid.

On July 11, 2024, we ordered appellant, by August 1, 2024, to either: (1) pay the filing fee; or (2) provide written proof she was entitled to appeal without paying the $205.00 filing fee. We warned appellant if she failed to respond within the time ordered, we would dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or otherwise responded to our order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM